Order issued November 29, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-10-01428-CV

**WELLS FARGO BANK, N.A., TRUSTEE FOR THE HOLDERS OF BANC OF AMERICA COMMERCIAL MORTGAGE, INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-2, BY AND THROUGH ITS SPECIAL SERVICER, ORIX CAPITAL MARKETS, LLC, Appellants**

**V.**

**HB REGAL PARC, LLC, BH REGAL PARC, LLC, HARBINDER SINGH, AND BHUPINDER SINGH, Appellees**

## ORDER

Before Justices Bridges, FitzGerald, and Lang

Appellant's September 13, 2012 motion for rehearing is **DENIED**.


_____
DAVID L. BRIDGES
JUSTICE